**IT IS ORDERED as set forth below:**



Date:  **May 15, 2017**

_____

**W. Homer Drake
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION**

| **IN THE MATTER OF:** | : | **CASE NUMBER** |
|---|---|---|
| ORA LEE OGDEN, | : | 16-12280-WHD |
|  | : |  |
|  | : | IN PROCEEDINGS UNDER |
|  | : | CHAPTER 13 OF THE |
| DEBTOR. | : | BANKRUPTCY CODE |

**O R D E R**

On April 26, 2017, the Court entered an order in the above-styled case overruling certain of the Chapter 13 Trustee's objections to confirmation and re-setting the hearing on confirmation of the Debtor's Chapter 13 plan. (Doc. No. 30).

In the Court's order, there are two instances in which the Order states that the

Debtor was proposing to pay "approximately 20%" of unsecured claims. (Doc. No. 30, at p. 2, 10). In both instances, the Order should have stated "approximately 10%" of unsecured claims.

Accordingly, pursuant to Federal Rule of Civil Procedure 60,[1] it is hereby **ORDERED** that the Court's April 26th Order is amended to state "10%" instead of "20%" in the instances noted above.

The Clerk shall serve this Order on the Debtor, the Debtor's counsel, the Chapter 13 Trustee, and all other parties in interest.

**END OF DOCUMENT**

---

[1] Fed. R. Civ. P. 60(a) ("The court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record."); *see also* Fed. R. Bankr. P. 9024 (incorporating Rule 60).